**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| EMEKA F. UFELE, : | Civil Action No. 10-3440 (SDW) |
| Petitioner, : | |
| v. : | **ORDER** |
| ERIC HOLDER, et al., : | |
| Respondents. : | |

    Petitioner filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 challenging his detention.

    IT IS on this 4th day of November, 2010,

    ORDERED that the Clerk shall serve a copy of the Petition and this Order by certified mail, return receipt requested, upon Respondents; and it is further

    ORDERED the Clerk shall forward, electronically or by regular mail, a copy of the Petition and this Order to the Chief, Civil Division, United States Attorney's Office, 970 Broad Street, Room 700, Newark, NJ 07102; and it is further

    ORDERED that, within 45 days of the date of the entry of this Order, Respondents shall electronically file an answer which responds to the allegations of the Petition paragraph by paragraph; and it is further

    ORDERED that the answer shall state the statutory authority for Petitioner's detention, <u>see</u> 28 U.S.C. § 2243; and it is further

ORDERED that Respondents shall electronically file with the answer certified copies of the administrative record and all documents relating to Petitioner's claim; and it is further

ORDERED that, within 30 days of receipt of the answer, Petitioner shall file and serve a reply to the answer; and it is further

ORDERED that, within 30 days from the date of entry of this Order, Petitioner shall submit his filing fee of $5.00 or his duly executed application to proceed in this matter <u>in forma pauperis</u>; and it is further

ORDERED that, within 7 days of Petitioner's release, be it on parole or otherwise, Respondents shall electronically file a written notice of the same with the Clerk; and it is finally

ORDERED that the Clerk shall serve this Order on Petitioner by regular mail, together with a blank <u>in forma pauperis</u> application form for inmates seeking habeas relief.

s/Susan D. Wigenton<br>
**Susan D. Wigenton, U.S.D.J.**